An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WASHOE COUNTY SCHOOL
DISTRICT, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA; AND PEDRO MARTINEZ,
INDIVIDUALLY,

Petitioners,

vs.

THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,

Respondents,

and

ELKHORN CONSULTING, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Real Party in Interest.

No. 67039

**FILED**

OCT 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

Having considered the parties' briefs and appendices in this original proceeding challenging a district court order denying a motion for summary judgment, we decline to intervene at this time as petitioners have not met their burden to demonstrate that our extraordinary discretionary intervention is warranted and an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court will generally not

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31700

consider writ petitions challenging orders denying motions for summary judgment). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Connie J. Steinheimer, District Judge
      McDonald Carano Wilson LLP/Las Vegas
      The Digesti Law Firm, Ltd.
      Kolesar & Leatham, Chtd.
      Washoe District Court Clerk

---

[1]Clark County School District has filed a motion for leave to file a late amicus curiae brief in support of petitioners. The motion is unopposed. We grant the motion and direct the clerk of this court to file the proposed amicus brief, provisionally received in this court on December 22, 2014.